1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA, | Case No: 1:19-CR-0082-DAD

12 Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS REGARDING PRODUCTION OF PROTECTED INFORMATION**

13

14 v.

15

16 IFEANYI VINCENT NTUKOGU, KELO WHITE, AND DONALD RAY PIERRE,

17

18 Defendants.

19

20

21      WHEREAS, the discovery in this case contains private personal information regarding third

22 parties, including but not limited to their names, dates of birth, medical information, telephone numbers

23 and/or residential addresses ("Protected Information"); and

24      WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

25 unauthorized disclosure or dissemination of this information to anyone not a party to the court

26 proceedings in this matter;

27      The parties agree that entry of a stipulated protective order is therefore appropriate.

28

1

1 THEREFORE, defendants, by and through their counsel of record, and the United States of America, by and through Assistant United States Attorney Melanie L. Alsworth, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents under the supervision of his attorneys, defense investigators, and/or support staff while in the offices of defense counsel or in another location chosen by defense counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to retain Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents, if any, from which Protected Information has first been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the government or, alternatively, keep it archived within its sole possession at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///

///

///

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: April 19, 2019 By: /s/*Daniel Bacon*_____
Daniel Bacon
Attorney for Defendant
IFEANYI VINCENT NTUKOGU

Dated: April 19, 2019 By: /s/*Roger Bonakdar*_____
Roger Bonakdar
Attorney for Defendant
KELO WHITE

Dated: April 19, 2019 By: /s/*Carrie McCreary*_____
Carrie McCreary
Attorney for Defendant
DONALD RAY PIERRE

Dated: April 19, 2019 McGREGOR W. SCOTT
United States Attorney

By: /s/*Melanie L. Alsworth*_____
Melanie L. Alsworth
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **April 22, 2019** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE