# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
SEP 3 0 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:19-CR-00082-DAD-BAM-2
)
Kelo White )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Kelo White____, have discussed with ____Jessica McConville____, Pretrial Services Officer, modifications of my release conditions as follows: Condition (i), of the original release order dated April 19, 2019, shall be modified to the following:

> You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used; and

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  8/19/19    _____[signature]_____  8/19/19
Signature of Defendant  Date       Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                9/11/2019
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                9-25-19
Signature of Defense Counsel         Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 9/30/19.
[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                9/30/19
Signature of Judicial Officer        Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services