(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, KELO WHITE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00082-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING MODIFICATION OF LOCATION MONITORING CONDITION OF PRETRIAL RELEASE AS TO KELO WHITE |
| v. | |
| KELO WHITE, | |
| Defendant. | |

TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Government (United States of America) by and through Melanie Alsworth, Assistant United States Attorney and Defendant Kelo White ("Mr. White"), by and through his counsel, Roger S. Bonakdar of the Bonakdar Law Firm, hereby stipulate and agree as follows:

WHEREAS Mr. White has been under Pretrial Supervision since April 2019. With the exception for time participating in residential drug treatment, Mr. White has been subject to Electronic Monitoring, since his release in April 2019.

WHEREAS Defendant has remained in contact with Pretrial Services and has been compliant with all terms and conditions of his pre-trial release.

WHEREAS Mr. White has successfully completed a 90-day residential drug treatment program, and since that time has had all clean drug tests. Mr. White continues to participate in outpatient substance abuse counseling on a regular basis.

WHEREAS Mr. White has had no instances of violations of his terms of release/in home incarceration.

1
**STIPULATION RE MODIFICATION OF LOCATION MONITOR CURFEW; ORDER**

1  WHEREAS it has been recommended by Mr. White's Pretrial Release Officer, Mr. Darryl Walker, agreed between the Government and counsel for Mr. White that the Location Monitoring condition of Mr. White's pretrial release be removed due to his compliance with the conditions of his release.

IT IS HEREBY STIPULATED that the Location Monitoring condition of Mr. White's pretrial release be removed due to his compliance with the conditions of his release.

IT IS FURTHER STIPULATED that all prior conditions of pretrial release not modified by this stipulation remain in full force and effect.

IT IS SO STIPULATED:

Dated:  June 9, 2020                         McGREGOR W. SCOTT
                                             United States Attorney

                                        By:  /s/ Melanie L. Alsworth
                                             MELANIE L. ALSWORTH
                                             Assistant United States Attorney

Dated: June 9, 2020                          BONAKDAR LAW FIRM

                                        By:  /s/ Roger S. Bonakdar
                                             ROGER S. BONAKDAR
                                             Attorney for Defendant
                                             KELO WHITE

IT IS SO ORDERED.

Dated:  **June 11, 2020**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE