McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00082 DAD BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| IFEANYI VINCENT NTUKOGU AND KELO WHITE | DATE: October 13, 2020<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status conference on October 13, 2020.

2. By this stipulation, defendants now move to continue the status conference until October 13, 2020, and to exclude time between October 13, 2020, and January 27, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has either produced directly and/or made available for inspection by counsel all discovery in this case.

    b) Counsel for defendants desire additional time conduct its investigation and research related to the charges and to complete a review of the discovery. Some of the discovery made available to the defendants is stored at the FBI office. These items include prescriptions, documents and other items seized during business and residential searches, and electronic evidence. Due to the coronavirus, counsel for defendants need additional time to review the

evidence maintained by the FBI.  Additionally, counsel for defendants will use this time to prepare and file any pretrial motions and otherwise prepare for trial as the parties have agreed to request a trial date if the case is not resolved prior to the next status conference.  Thus, the additional time requested will also permit defense counsel to consult with their respective clients after a complete review of the evidence in the government's possession, as well as discuss potential resolutions.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2020 to January 27, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 7, 2020                         McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ MELANIE L. ALSWORTH
                                                MELANIE L. ALSWORTH
                                                Assistant United States Attorney


Dated:  October 7, 2020                         /s/ DAN BACON
                                                DAN BACON
                                                ROGER NUTTALL
                                                Counsel for Defendant
                                                IFEANYI VINCENT
                                                NTUKOGU


Dated:  October 7, 2020                         /s/ ROGER BONAKDAR
                                                ROGER BONAKDAR
                                                Counsel for Defendant
                                                KELO WHITE

### ORDER

IT IS SO ORDERED that the Status Conference is continued from October 13, 2020 to **January 27, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 7, 2020**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3