1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   ANTONIO J. PATACA
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | CASE NO. 1:19-CR-00082-DAD-BAM |

12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

13 | v. | |

14 | IFEANYI VINCENT NTUKOGU, KELO WHITE, AND DONALD RAY PIERRE, | |

15 | | |

16 | Defendants. | |

17

    Plaintiff, the United States, by and through its counsel of record, and the defendants, by and
18
   through their counsel of record, hereby stipulate as follows:
19
    1. By previous order, this case was set for trial on May 17, 2022, and time under the Speedy Trial
20
       Act was excluded from May 26, 2021 through May 17, 2022, inclusive, pursuant to 18 U.S.C.§
21
       3161(h)(7)(A) and B(iv).
22
    2. The parties now stipulate and request that the trial date be continued until October 18, 2022, at
23
       8:30 a.m., with a Trial Confirmation Hearing scheduled for October 3, 2022, at 10:00 a.m.  This
24
       is now the earliest available date to ensure continuity of defenese counsel and allow sufficient
25
       time for trial preparation and further defense investigation.  The defendants move to exclude
26
       time from May 17, 2022, through October 18, 2022, inclusive, under 18 U.S.C. § 3161(h)(7)(A)
27
       and B(iv).
28

                                          1

3. The parties stipulate to the following motions schedule: any motions in limine will be filed on or before July 29 2022, responses will be filed on or before August 19, 2022, and any replies will be filed on or before September 2, 2022.  A hearing on the motions will be held on September 26, 2022 at 10:00 a.m.

4. The parties stipulate and request that the Court make the following findings:

    a. The government has produced discovery to defense counsel and made other items available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

    b. Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, prepare pretrial motions, and otherwise prepare for trial.

    c. Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

    d. Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of May 17, 2022, through October 18, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

///

///

///

**IT IS SO STIPULATED.**

                                                    Respectfully Submitted,

DATED: December 16, 2021　　　　　　　　　*/s/ Joseph Barton*_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: December 16, 2021　　　　　　　　　*/s/ Daniel Bacon*_____
　　　　　　　　　　　　　　　　　　　　　DANIEL BACON
　　　　　　　　　　　　　　　　　　　　　Counsel for Ifeanyi Ntukogu

DATED: December 16, 2021　　　　　　　　　*/s/ Roger Bonakdar*_____
　　　　　　　　　　　　　　　　　　　　　ROGER BONAKDAR
　　　　　　　　　　　　　　　　　　　　　Counsel for Kelo White

**ORDER**

Pursuant to the parties stipulation,

IT IS SO ORDERED.

Dated:　**December 16, 2021**　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE