PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IFEANYI NTUKOGU and KELO WHITE,<br><br>Defendants. | CASE NO. 1:19-CR-00082-DAD-BAM<br><br>STIPULATION FOR PROTECTIVE ORDER; ORDER |

**STIPULATION**

Plaintiff, the United States, by and through its counsel of record, and the defendants, Ifeanyi Ntukogu and Kelo White, by and through their counsel of record, stipulate as follows:

1. The Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2. The defendants are charged with multiple drug trafficking counts in this case. During its investigation, the United States used a Confidential Human Source (hereinafter, "Confidential Human Source 1"). The United States plans to disclose all materials related to Confidential Human Source 1 to defense counsel before trial without conceding that any rule of discovery requires it to do so. These materials, however, may place Confidential Human Source 1 and other individuals at risk of harm if the materials are disseminated beyond the limits of this Order.

3. By signing this Stipulation, defense counsel agree that:

a) The materials related to Confidential Human Source 1 will only be used for this case and no other purpose. The materials will remain the property of the United States and defense counsel will return the materials to the United States or certify that the materials have been destroyed at the end of the case.

b) The materials will remain in defense counsel's possession at all times and the information contained therein will not be shared with anyone other than the defendants, defense counsel's staff, and any experts retained by defense counsel. The defendants will only be allowed to review the materials in the presence of defense counsel and may not copy any of the information contained therein.

c) The materials will be stored in a secure place and defense counsel will use reasonable care to ensure the materials are not disclosed to third persons violative of this Order.

d) Defense counsel is responsible for advising the defendants, their support staff, and any experts they retain about the requirements of this Order.

e) If either of the defendants substitutes his defense counsel, the undersigned counsel agree to withhold the materials from the new counsel until he or she agrees to this Order.

///

///

///

IT IS SO STIPULATED.

Dated:  February 14, 2022					PHILLIP A. TALBERT
								United States Attorney


								*/s/ Joseph Barton*
								JOSEPH BARTON
								Assistant United States Attorney


Dated:  February 14, 2022					*/s/ Daniel Bacon*
								DANIEL BACON
								Counsel for Ifeanyi Ntukogu


Dated:  February 14, 2022					*/s/ Roger Bonakdar*
								ROGER BONAKDAR
								Counsel for Kelo White

**ORDER**

IT IS SO ORDERED.

Dated:   **February 14, 2022**                    /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE