**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for IFEANYI VINCENT NTUKOGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:19-CR-00082-ADA-BAM |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. ) | |
| IFEANYI VINCENT NTUKOGU ) KELO WHITE, and ) DONALD RAY PIERRE ) | |
| Defendants. ) | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status conference on April 26, 2023, and time under the Speedy Trial Act was excluded from April 11, 2023 through April 26, 2023, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

2. The parties now stipulate and request that the status conference be continued to May 10, 2023. This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation. The defendants move to exclude time from April 26, 2023, through May 10, 2023, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. The parties stipulate and request that the court make the following findings:

   a. The government has produced discovery to defense counsel and made other items available for inspection and copying. The government will timely produce

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

       supplemental discovery, if any, that comes into its possession as it prepares for trial.

  b. Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

  c. Defendants' counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

  d. Based on the foregoing findings, the ends of justice served by continuing the status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of April 26, 2023, through May 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) because it results from a continuance granted by the court at defendants' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

Dated:  April 3, 2023         PHILLIP A. TALBERT
                                  United States Attorney

                                  By:/s/ Joseph Barton
                                  JOSEPH BARTON
                                  Assistant United States Attorney

Dated:  April 3, 2023.

                                  /s/ Daniel A. Bacon
                                  DANIEL A. BACON, Attorney for
                                  IFEANYI VINCENT NTUKOGU

Dated:  April 3, 2023.

/s/ Roger Bonakder
ROGER BONAKDER, Attorney for
KELO WHITE

### ORDER

IT IS SO ORDERED that the status conference is continued from April 26, 2023, to **May 10, 2023 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **April 4, 2023**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE