PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. IFEANYI NTUKOGU and KELO WHITE, Defendants. | Case No. 1:19-CR-00082-ADA-BAM STIPULATION TO VACATE STATUS CONFERENCE; ORDER |
|---|---|

This case has been scheduled for a trial confirmation hearing on April 22, 2024, and trial beginning on May 21, 2024, with an appropriate time exclusion. There is also a status conference scheduled for August 9, 2023. The parties no longer need the status conference and therefore agree that it can be vacated.

///

///

///

IT IS SO STIPULATED.

Dated:  July 26, 2023            */s/ Dan Bacon*
                                 DAN BACON
                                 Counsel for Ifeanyi Ntukogu


Dated:  July 26, 2023            */s/ Roger Bonakdar*
                                 ROGER BONAKDAR
                                 Counsel for Kelo White


Dated:  July 26, 2023            */s/ Joseph Barton*
                                 JOSEPH BARTON
                                 Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00082-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| IFEANYI NTUKOGU and KELO WHITE, | |
| Defendants. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for August 9, 2023, is vacated.

IT IS SO ORDERED.

Dated: __July 28, 2023__        /s/ Barbara A. McAuliffe
         UNITED STATES MAGISTRATE JUDGE