PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  1:19-CR-00082-NODJ-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING** |
| v. | |
| IFEANYI VINCENT NTUKOGU, KELO WHITE, | |
| Defendants. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1.     By previous order, this case was set for status on April 10, 2024, and for trial on May 21, 2024, and time under the Speedy Trial Act was excluded from May 10, 2023 through May 21, 2024, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2.     The parties now stipulate and request that the status conference and trial dates be vacated and a change of plea hearing be set for both defendants on June 17, 2024.  The defendants move to exclude time between May 21, 2024, and June 17, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], to finalize plea agreements, prepare for the change of plea hearing, and begin gathering information for the purposes of sentencing.

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

1

Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  April 8, 2024                          */s/ Antonio J. Pataca*
                                                ANTONIO J. PATACA
                                                Assistant United States Attorney

DATED:  April 8, 2024                          */s/ Daniel Bacon*
                                                DANIEL BACON
                                                Counsel for Ifeanyi Ntukogu

DATED:  April 8, 2024                          */s/ Roger Bonakdar*
                                                ROGER BONAKDAR
                                                Counsel for Kelo White

**ORDER**

IT IS SO ORDERED that the jury trial set for May 21, 2024, trial confirmation set for April 22, 2024, and status conference set for April 10, 2024 are vacated. A change of plea hearing is set for **June 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 8, 2024**                          ____/s/ _Barbara A. McAuliffe_____
                                         UNITED STATES MAGISTRATE JUDGE

3