PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00082-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER |
| v. | |
| IFEANYI VINCENT NTUKOGU AND KELO WHITE, | |
| Defendants. | |

The defendants' sentencing hearing is currently scheduled for September 25, 2024. Due to the parties' work and travel schedules, however, the parties have agreed to continue the sentencing hearing until November 20, 2024, at 8:30 a.m., before the assigned District Judge.

///

///

///

This continuance will ensure that the parties have sufficient time to fully prepare for the sentencing hearing.

   IT IS SO STIPULATED.

Dated: September 6, 2024     */s/ Daniel Bacon*
                   Daniel Bacon
                   Counsel for Ifeanyi Vincent Ntukogu

Dated: September 6, 2024     */s/ Roger Bonakdar*
                   Roger Bonakdar
                   Counsel for Kelo White

Dated: September 6, 2024     */s/ Joseph Barton*
                   Joseph Barton
                   Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00082-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| IFEANYI VINCENT NTUKOGU AND KELO WHITE, | |
| Defendants. | |

Upon the parties' stipulation and for good cause shown, the defendants' sentencing hearing is continued from September 25, 2024, until **November 20, 2024, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **September 6, 2024**         /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE