(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, KELO WHITE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KELO WHITE,<br><br>　　　　　　　　Defendant. | CASE NO.  1:19-CR-00082-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

　　　DEFENDANT, KELO WHITE's Sentencing Hearing is currently scheduled for November 20, 2024. Due to the Parties' work, trial/hearing schedules, the Parties have agreed to continue the Sentencing Hearing until February 24, 2025, before the assigned District Judge.

　　　The continuance will ensure that the Parties have sufficient time to fully prepare for the Sentencing Hearing.

　　　IT IS SO STIPULATED:

Dated:  November 12, 2024　　　　　　　　　　　　PHILLIP A. TALBERT

　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　By:  /s/ Joseph D. Barton

　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH D. BARTON

　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

---

1

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

Dated: November 12, 2024                                BONAKDAR LAW FIRM

                                                    By:   /s/ Roger S. Bonakdar
                                                          ROGER S. BONAKDAR
                                                          Attorney for Defendant
                                                          KELO WHITE

## ORDER

Upon the Parties' stipulation and for good cause shown, Defendant, KELO WHITE's Sentencing Hearing is continued from November 20, 2024, until **February 24, 2025, at 8:30 a.m., before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **November 13, 2024**                   /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE