MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00082-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| KELO WHITE, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on February 24, 2025.

2. Counsel for defendant requires additional time to review the PSR, prepare objections if necessary, and conduct investigation into matters of mitigation and extenuation. Counsel for defendant requests that the sentencing hearing be continued to March 31, 2025.

3. The government has no objection to the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 11, 2025

*/s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

DATED: February 11, 2025

*/s/ Roger Bonakdar*
ROGER BONAKDAR
Counsel for Kelo White

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from February 24, 2025, to **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **February 14, 2025**          /s/ Barbara A. McAuliffe
               UNITED STATES MAGISTRATE JUDGE

2