MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00082-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| KELO WHITE, | |
| Defendant. | |

    Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through their counsel of record, hereby stipulate as follows:

    1.    By previous order, this case was set for sentencing on May 5, 2025.

    2.    Both counsel for the government are unavailable on May 5, 2025. Counsel for the government has coordinated with Mr. Roger Bonakdar and he has no objection to continuing the sentencing hearing.

    3.    The parties request that the sentencing hearing be continued to June 2, 2025.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

**IT IS SO STIPULATED.**

                                                            Respectfully Submitted,

DATED: April 9, 2025                      */s/ Antonio J. Pataca*_____
                                                            ANTONIO J. PATACA
                                                            Assistant United States Attorney

DATED: April 9, 2025                      */s/ Roger Bonakdar*_____
                                                            ROGER BONAKDAR
                                                            Counsel for Kelo White

## **ORDER**

      IT IS SO ORDERED that the sentencing hearing is continued from May 5, 2025 to **June 2, 2025 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

    Dated:   **April 9, 2025**                          /s/ Barbara A. McAuliffe____
                                                         UNITED STATES MAGISTRATE JUDGE