(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, KELO WHITE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KELO WHITE,<br><br>            Defendant. | CASE NO. 1:19-CR-00082-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Sentencing: July 14, 2025 |

DEFENDANT, KELO WHITE's Sentencing Hearing is currently scheduled for July 14, 2025. The parties are requesting the Sentencing to be heard before Judge Troy L. Nunley, and therefore ask for a continuance to a date convenient to Judge Nunley's calendar. Therefore, after conferring with Judge Nunley's department and obtaining available dates, the Parties have agreed to continue the Sentencing Hearing to July 28, 2025, at 9:30 a.m., before District Judge Troy L. Nunley.

    IT IS SO STIPULATED:

Dated:  June 12, 2025                           MICHELLE BECKWITH
                                                Acting United States Attorney


                                        By:  /s/ Antonio Pataca
                                             ANTONIO PATACA
                                             Assistant United States Attorney

///

///

---

1
**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

| | |
|---|---|
| Dated: June 12, 2025 | BONAKDAR LAW FIRM |
| | By: /s/ Roger S. Bonakdar |
| | ROGER S. BONAKDAR |
| | Attorney for Defendant |
| | KELO WHITE |

[Order Continues on Next Page]

Upon the Parties' stipulation and for good cause shown, Defendant, KELO WHITE's Sentencing Hearing is continued from July 14, 2025, until July 28, 2025, at 9:30 a.m., before District Court Judge Troy L. Nunley.

**IT IS SO ORDERED.**

**DATED: June 13, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE